861 A.2d 110

IN THE MATTER OF JOHN N. GIORGI, AN ATTORNEY AT LAW (ATTORNEY NO. 021261988).

November 30, 2004.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOHN N. GIORGI** of **UNION,** who was admitted to the bar of this State in 1988, and who was suspended from the practice of law for a period of three months effective August 18, 2004, by Order of this Court filed July 27, 2004, be restored to the practice of law, effective immediately.